UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

                Plaintiff,

vs.                                       Case No.  3:08-cv-62-J-33MCR

STATE OF FLORIDA c/o Department of Children
and Families,

                Defendant.
_____/

## **ORDER**

This cause comes before the Court pursuant to United States Magistrate Judge Monte C.

Richardson's Report and Recommendation (Doc. #6), entered on January 18, 2008, recommending

that Fisher's Motion to Proceed In Forma Pauperis (Doc. #2), Motion for Writ (Doc. #3), and

Motion for Warrant (Doc. #4) be denied, and that Fisher's Complaint (Doc. #1) be dismissed

without prejudice.  As of the date of this Order, Fisher has not filed an objection to the report and

recommendation.

After conducting a careful and complete review of the findings and recommendations, a

district judge may accept, reject or modify the magistrate judge's report and recommendation.  28

U.S.C. § 636(b)(1);  Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S.

1112 (1983).  In the absence of specific objections, there is no requirement that a district judge

review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the

court may accept, reject or modify, in whole or in part, the findings and recommendations.  28

U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence

of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro

Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Report and Recommendation (Doc. #6) of United States Magistrate Judge Monte C. Richardson.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.      United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. #6) is **ACCEPTED** and **ADOPTED.**

2.      Fisher's Motion to Proceed In Forma Pauperis (Doc. #2), Motion for Writ (Doc. #3), and Motion for Warrant (Doc. #4) are **DENIED**.

3.      Fisher's Complaint (Doc. #1) is **DISMISSED** without prejudice.  Plaintiff may initiate a new action by filing a new complaint form and paying the full $350.00 filing fee.

4.      The Clerk is directed to enter judgment accordingly and close the file.  The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 8th day of February, 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Pro Se Parties
All Counsel of Record